IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI

RE: SHAKERIA NORWOOD, DEBTOR          CASE NO: 23-10647
                                      CHAPTER 13

## RESPONSE TO TRUSTEE'S MOTION TO DISMISS

Comes now, the Debtor, through counsel file this response to the Trustees Motion to Dismiss:

1. Debtors and her counsel does not disbute that the Chapter 13 Plan has not been funded.

2. Debtor anticipates having plan current prior to hearing on this matter.

   WHEREFORE PREMISES CONSIDERED, Debtors pray that the Trustee's Motion to Dismiss to be denied.

Respectfully submit this 27th day of August 2023.

                              Respectfully submitted,
                              SHAKERIA NORWOOD, Debtor
                              BY: /S/John Fitzgerald Hughes
                              J. FITZGERALD HUGHES
                              MS BAR NO. 100711
                              ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above Response to Trustee's Motion to Dismiss was served by the Court's ECF system to:

Locke Barkley, Chapter 13 Trustee
Ecf_1barkley13@barkley13.com


This the 27th day of August 2023.

/s/John F. Hughes
Attorney for Debtor.



Prepared By:
JOHN FITZGERALD HUGHES
HUGHES LAW GROUP, PLLC
5627 Getwell Road
Building C, Suite 3
Southaven, MS 38671
Telephone:      662.298.3607
Facsimile:      877.484.4372
*Attorneys for Debtor*